UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ENSCO OFFSHORE LLC                                  CIVIL ACTION

VERSUS                                              NO. 24-371

CANTIUM, LLC                                        SECTION M (4)

**ORDER & REASONS**

Before the Court is the first motion to continue trial and all associated pretrial deadlines filed by defendant Cantium, LLC ("Cantium").[1] Plaintiff Ensco Offshore LLC opposes the motion.[2] Trial in this case is currently set for January 13, 2025.[3] Given the current state of the case, the Court concludes that Cantium has met the good cause standard for modifying the scheduling order under Rule 16 of the Federal Rules of Civil Procedure. As reflected by the record in this case and the parties' memoranda, both parties have diligently litigated dispositive motions to narrow the issues for trial in this case, which in turn has had an understandable impact on the nature and scope of discovery. Both concurrently and as a result of their motion practice, the parties have worked together and with the magistrate judge to narrow the range and scope of discovery and they continue to do so to date. Nevertheless, in view of the imminent deadlines set by the scheduling order for discovery and expert disclosures, a reasonable continuance is warranted.

Accordingly, for the foregoing reasons,

IT IS ORDERED that the motion to continue (R. Doc. 101) is GRANTED.

---

[1] R. Doc. 101.
[2] R. Doc. 107.
[3] R. Doc. 19.

2

The case manager will hold a telephone scheduling conference on November 20, 2025, at 3:00 p.m., to select new dates for the trial and the pretrial conference. All parties are to call into the conference at (877) 873-8018, Access Code: 2994682. With respect to other deadlines set in the scheduling order, only those deadlines that had not passed as of the date the motion to continue was filed will be reset.

New Orleans, Louisiana, this 7th day of November, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE