UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ENSCO OFFSHORE LLC                                           CIVIL ACTION

VERSUS                                                       NO. 24-371

CANTIUM, LLC                                                 SECTION M (4)

**ORDER & REASONS**

Before the Court is a motion for partial summary judgment, filed by plaintiff Ensco Offshore LLC ("Ensco"), arguing that defendant Cantium, LLC ("Cantium") cannot assert a prior-material-breach defense to Ensco's breach-of-contract claim.[1] Cantium responds in opposition,[2] and Ensco replies in further support of its motion.[3] Ensco previously filed a motion for summary judgment,[4] which the Court granted in part as to Ensco's indemnification claim and denied as to all of Ensco's remaining claims, including its breach-of-contract claim.[5] In its reply in support of that motion, Ensco argued that Cantium's prior-material-breach defense is precluded by the doctrine of election.[6] In the instant motion, Ensco relies on the same law and arguments that the Court found unpersuasive in denying Ensco's previous motion for summary judgment as to its breach-of-contract claim.[7] The facts have not changed and no new evidence warranting a change in the Court's decision has been presented since Ensco's last motion for summary judgment was denied.

Accordingly, for the foregoing reasons,

---

[1] R. Doc. 99.
[2] R. Doc. 106.
[3] R. Doc. 109.
[4] R. Doc. 55.
[5] R. Doc. 89.
[6] R. Doc. 67 at 2-3.
[7] *Compare* R. Doc. 67 at 2-3 *with* R. Docs. 99; 109.

2

IT IS ORDERED that Ensco's motion for partial summary judgment (R. Doc. 99) is DENIED.

New Orleans, Louisiana, this 14th day of November, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE